E. C. HELMS v. GENE LUTHER WEHUNT AND GOFORTH BROTHERS, INC., A CORPORATION.

(Filed 9 October, 1957.)

APPEAL by defendants from *Sharp, S. J.,* Special Civil Term 4 March 1957 of MECKLENBURG.

Civil action to recover damages for personal injuries and property damage sustained in a collision between an automobile and a truck.

The jury answered the issues of negligence, contributory negligence, and damages in plaintiff's favor.

From judgment on the verdict, defendants appeal.

*Robert L. Scott and Charles T. Myers for Plaintiff, Appellee,*
*Kennedy, Covington, Lobdell & Hickman for Defendants, Appellants.*

PER CURIAM.   Defendants' only assignments of error are to the denial by the court below of their motions for judgment of nonsuit, except a formal one as to the judgment.

Defendants state in their brief, "it is not contended that there is no evidence of negligence on the part of the defendants to go to the jury." Defendants' contention is that the case should have been nonsuited on the ground that plaintiff was guilty of contributory negligence as a matter of law.

A study of plaintiff's evidence does not establish the facts necessary to show contributory negligence so clearly that no other conclusion may be reasonably drawn therefrom.   Plaintiff has not proved himself out of court as a matter of law. *Keener v. Beal,* 246 N.C. 247, 98 S.E. 2d 19.   The trial judge properly submitted the issue of contributory negligence to the triers of the facts.

No error.